UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>CIARA KRISTIN PASTRANA<br>Defendant. | CASE NO. 1:26-MJ-00137-SAB<br><br>ORDER UNSEALING VIOLATION OF SUPERVISED RELEASE PETITION |

Good cause due to the defendant's pending appearance and initial appearance on the violation of supervised release petition in Eastern District of California, it is hereby ordered that the Petition for Violation of Supervised Release, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated: **November 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge